

OFFICE OF THE

# ORANGE COUNTY DISTRICT ATTORNEY

COUNTY GOVERNMENT CENTER
255-275 MAIN STREET, GOSHEN, NEW YORK 10924-1627
TEL: 845-291-2050 • FAX: 845-378-2370
www.orangecountygov.com\DA

DAVID M. HOOVLER
District Attorney

June 24, 2025

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:   Garry Michel v Lynn Lilly, Superintendent
      2025-CV-0921 (KMK)

Your Honor,

Please accept this letter as an application made pursuant to Local Rule 6.1 to file certain records that are relevant to the pending federal habeas corpus proceeding under seal. In particular, during the course of the state court proceedings, the People filed a letter under seal with the trial court that detailed their sentencing recommendation, the state court ordered that certain portions of the sentencing transcripts be sealed, and the parties and the trial court referred to certain statements that were set forth in the presentence report that is confidential under state law (CPL 390.50[1]). In order to protect petitioner's safety, and as a state actor, to remain in compliance with CPL 390.50[1], while also complying with the Court's March 5, 2025 Order, Respondent believes that it is necessary and appropriate to file the above records with the Court under seal, thereby protecting petitioner's safety as well as the confidentiality in the information that was contained in the presentence report.

We believe that the most expeditious means of seeking leave of the Court to file such records under seal is by this letter, with a so-ordered provision. No prior application has been made for the requested relief.

The Court's cooperation is appreciated.

Very truly yours,

DAVID M. HOOVLER
DISTRICT ATTORNEY

ANDREW R. KASS
Executive Assistant District Attorney
(AK 0470)

Upon review of the above application, Respondent is granted leave to file copies of a letter that was submitted by the District Attorney's Office to the sentencing court, unredacted copies of the transcripts of petitioner's sentencing proceedings, portions of which were ordered sealed by the state court, and a copy of the presentence report with the Court under seal.

So Ordered:

Hon. Kenneth M. Karas
United States District Judge
6/24/25

cc:   Garry Michel, Pro Se